JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. BROOKS, | ) Case No. EDCV 07-1543-ODW (JCR) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DEBBRA DEXTER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Granting Voluntary Dismissal of Petition for Writ of Habeas Corpus, Petitioner's Motion to Withdraw is granted and the case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 4/3/08

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE